**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| LISA TYLER,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>MERCHANTS CREDIT ADJUSTERS,  )<br>INC.,  )<br>)<br>Defendant.  ) | 8:11CV67<br><br>**ORDER OF DISMISSAL** |

This matter is before the court on the parties' Stipulation of Dismissal with Prejudice (Filing No. 9). The court finds that the parties' joint stipulation should be granted in accordance with Fed. R. Civ. P. 41(a)(1)(A).

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 9) is granted and this case is dismissed with prejudice, each party to bear its own costs.

DATED this 12th day of April 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge